MINUTE ENTRY
FALLON, J.
JANUARY 28, 2000

FILED
U.S. DISTRICT COURT

2000 JAN 31  A 10: 22

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DENNIS W. ANTHONY, ET AL | * | CIVIL ACTION |
| VERSUS | * | NO. 00-234 |
| MCDERMOTT INTERNATIONAL, INC., ET AL. | * | SECTION "L" (5) |

It appearing to the Court that the subject matter of the above captioned matter is related to that of Civil Action No. 99-3831 now pending before Section "R" of this Court;

IT IS ORDERED that the above captioned cause be transferred to Section "R" of this Court pursuant to Local Rule 3.1.1E.

TRANSFERRED TO
SECT. R

DATE OF ENTRY  JAN 3 1 2000