

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDREW TARICA | CIVIL ACTION |
| VERSUS | NOS. 99-3831 |
| MCDERMOTT INTERNATIONAL, INC., ET AL. | C/W   00-73, 00-234, and 00-539 |
| | SECTION "R"(5) |

### JUDGMENT

Considering the Court' order and reasons on file herein,

IT IS ORDERED, ADJUDGED, AND DECREED that the plaintiffs' complaints are hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 19th day of September, 2000.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
SEP 1 9 2000

___ Fee
___ Process
 X  Dktd
 ✓  CtRmDep
___ Doc.No.